No. 92–8102. SHEDRICK *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 92–8104. GATES *v.* GATES. Ct. App. Minn. Certiorari denied.

No. 92–8105. HALBERT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–8107. WATTS *v.* MAZURKIEWICZ, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–8109. WILSON *v.* SMITH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 92–8110. BAZAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8111. RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8112. VAN RUSSELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8113. KINDER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8114. KUNIARA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8116. KNOCHE *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 92–8118. COLON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 92–8119. BENNETT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8120. BANKS *v.* RYAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–8121. CHIN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.